UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:
    Craig, Karen Cooper aka Karen Cooper Craig, Pierre Lamont

Order Filed on April 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:   16-25556 ABA

Chapter: 13

Hearing Date: April 18, 2017

Judge:  Andrew B. Altenburg Jr.

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 18, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

[Type text]

Case 16-25156-ABA    Doc 58-3    Filed 04/17/17    Entered 04/17/17 13:26:45    Desc Proposed Order    Page 2 of 2

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real Property More Fully Described as:

■ Personal Property More Fully Describes as:

**2010 LAND ROVER RANGE ROVER, VIN: SALSF2D40AA231582,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Pierre Lamont Craig  
Karen Cooper Craig  
    Debtors

Case No. 16-25556-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Apr 19, 2017  
                            Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2017.  
db/jdb         Pierre Lamont Craig,    Karen Cooper Craig,    1806 Stallion Ct,    Williamstown, NJ   08094-8745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2017 at the address(es) listed below:

        Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
        Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        James Patrick Shay     on behalf of Creditor     SANTANDER BANK, N.A. james.shay@phelanhallinan.com  
        Mark S Cherry     on behalf of Debtor Pierre Lamont   Craig mc@markcherrylaw.com, dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com  
        Mark S Cherry     on behalf of Joint Debtor Karen Cooper Craig mc@markcherrylaw.com, dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com  
        Michael Frederick Dingerdissen     on behalf of Creditor     SANTANDER BANK, N.A. nj.bkecf@fedphe.com  
        William M. E. Powers, III     on behalf of Creditor     Federal National Mortgage Association ("Fannie Mae") ecf@powerskirn.com  
        William M.E. Powers     on behalf of Creditor     Federal National Mortgage Association ("Fannie Mae") ecf@powerskirn.com  
        William M.E. Powers, III     on behalf of Creditor     Federal National Mortgage Association ("Fannie Mae") ecf@powerskirn.com

                                                                                                       TOTAL: 10