|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>780868<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for SANTANDER BANK, N.A. | **Order Filed on July 11, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>PIERRE LAMONT CRAIG A/K/A PIERRE CRAIG<br>KAREN COOPER CRAIG A/K/A KAREN COOPER<br>A/K/A KAREN CRAIG<br>Debtor(s) | Case No.: 16-25556 - ABA<br><br>Hearing Date: 07/11/2017<br><br>Judge: Andrew B. Altenburg, Jr<br><br>Chapter: 13 |

Recommended Local Form:   ☐ Followed   ☒ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 11, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of SANTANDER BANK, N.A., under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

1488 BRADLEY AVENUE, CAMDEN, NJ 08103

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Pierre Lamont Craig  
Karen Cooper Craig  
    Debtors

Case No. 16-25556-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Jul 12, 2017  
                        Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2017.
db/jdb        Pierre Lamont Craig,   Karen Cooper Craig,   1806 Stallion Ct,   Williamstown, NJ   08094-8745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2017 at the address(es) listed below:
        Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
        Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
     summarymail@standingtrustee.com  
        James Patrick Shay     on behalf of Creditor    SANTANDER BANK, N.A. james.shay@phelanhallinan.com  
        Mark S Cherry     on behalf of Debtor Pierre Lamont  Craig mc@markcherrylaw.com,  
     dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com  
        Mark S Cherry     on behalf of Joint Debtor Karen Cooper Craig mc@markcherrylaw.com,  
     dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com  
        Michael Frederick Dingerdissen     on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com  
        William M. E. Powers, III    on behalf of Creditor    Federal National Mortgage Association  
     ("Fannie Mae") ecf@powerskirn.com  
        William M.E. Powers     on behalf of Creditor    Federal National Mortgage Association ("Fannie  
     Mae") ecf@powerskirn.com  
        William M.E. Powers, III    on behalf of Creditor    Federal National Mortgage Association ("Fannie  
     Mae") ecf@powerskirn.com  
                                                                                TOTAL: 10