| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| |
| 780868 |
| PHELAN HALLINAN DIAMOND & JONES, PC |
| 400 Fellowship Road, Suite 100 |
| Mt. Laurel, NJ 08054 |
| 856-813-5500 |
| Attorneys for SANTANDER BANK, N.A. |

| In Re: | Case No: 16-25556 - ABA |
|---|---|
| PIERRE LAMONT CRAIG | Judge: Andrew B. Altenburg, Jr |
| KAREN COOPER CRAIG | |
| A/K/A KAREN COOPER | Chapter: 13 |

**NOTICE OF SUBSTITUTION OF ATTORNEY**

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that <u>Phelan Hallinan Diamond & Jones, PC</u>, will be substituted as attorney of record for secured creditor SANTANDER BANK, N.A. in this case.[1]

Date:  09/06/17                                    /s/ Michael Dingerdissen

Date:  09/06/17                                    /s/ Andrew Spivack
                                                    Andrew Spivack, Esq.
                                                    Superseding Attorney
                                                    Andrew Spivack, Esq.
                                                    Phelan Hallinan & Diamond, PC
                                                    400 Fellowship Road, Suite 100
                                                    Mt. Laurel, NJ 08054
                                                    Tel: 856-813-5500 Ext. 1566
                                                    Fax: 856-813-5501
                                                    Email:
                                                    andrew.spivack@phelanhallinan.com

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| |
| 780868 |
| PHELAN HALLINAN DIAMOND & JONES, PC |
| 400 Fellowship Road, Suite 100 |
| Mt. Laurel, NJ 08054 |
| 856-813-5500 |
| Attorneys for SANTANDER BANK, N.A. |

In Re:

PIERRE LAMONT CRAIG
KAREN COOPER CRAIG
A/K/A KAREN COOPER

Case No: 16-25556 - ABA

Hearing Date: _____

Judge: Andrew B. Altenburg, Jr

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Charles Hagan:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents SANTANDER BANK, N.A. in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On September 6, 2017 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Substitution of Attorney

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  September 6, 2017             /s/ *Charles Hagan*
                                          Charles Hagan

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| KAREN COOPER CRAIG<br>1488 BRADLEY AVENUE,<br>CAMDEN, NJ 08103-2950 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| PIERRE LAMONT CRAIG<br>1488 BRADLEY AVENUE,<br>CAMDEN, NJ 08103-2950 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| MARK S CHERRY, Esquire<br>385 KINGS HIGHWAY NORTH<br>CHERRY HILL, NJ 08034 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Isabel C. Balboa, Trustee<br>Cherry Tree Corporate Cen, 535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2