B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

District Of __New Jersey__

In re: Pierre Lamont Craig
Karen Cooper Craig

Case No. __16-25556__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Real Time Resolutions, Inc. as agent for Bank of America, N.A. | Ditech Financial LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Real Time Resolutions, Inc.
1349 Empire Central Dr., Suite 150
Dallas, TX 75247

Phone: (888)741-1124
Last Four Digits of Acct #: 2508

Court Claim # (if known): 11
Amount of Claim: $84,376.52
Date Claim Filed: 11/18/2016

Phone: _____
Last Four Digits of Acct. #: 2508

Name and Address where transferee payments should be sent (if different from above):
Real Time Resolutions, Inc.
PO BOX 35888
Dallas, TX 75235

Phone: (888)741-1124
Last Four Digits of Acct #: 2508

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Rose Velasquez
    Transferee/Transferee's Agent

Date: 03/22/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

District Of  New Jersey

In re  Pierre Lamont Craig
Karen Cooper Craig

Case No.  16-25556

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 11 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 3/22/18 (date).

| Name of Alleged Transferor | Name of Transferee |
|---|---|
| Ditech Financial LLC | solutions, Inc. |
| Address of Alleged Transferor: | Address of Transferee: |
| 2100 East Elliot Rd.<br>Bldg. 94, Department T-120<br>Tempe, AZ 85284 | 1349 Empire Central Dr., Suite 150<br>Dallas, TX 75247 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

UNITED STATES BANKRUPTCY COURT
DIVISION OF New Jersey

| | |
|---|---|
| In re: | ) |
| KAREN CRAIG | ) |
| PIERRE CRAIG | ) |
| | ) |
| | )    CHAPTER 13 |
| | )    CASE NO. 16-25556 |
| Debtors | ) |

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing transfer of claim upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

Attorney at Law
Mark S Cherry
385 Kings Highway North
Cherry Hill, NJ 08034-

ISABEL BALBOA
Standing Chapter 13 Trustee
535 Route 38 Suite 580
Cherry HIll, NJ 08002-2977

Dated  03/22/2018

By: /s/Rose Velasquez

Real Time Resolutions, Inc.
1349 Empire Central, Suite 150
Dallas, TX 75247