Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−25556−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Pierre Lamont Craig
   1806 Stallion Ct
   Williamstown, NJ 08094−8745

   Karen Cooper Craig
   aka Karen Cooper
   1806 Stallion Ct
   Williamstown, NJ 08094−8745

Social Security No.:
  xxx−xx−7618                              xxx−xx−6694

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                 September 20, 2019
Time:                09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*76* – Objection to Certification of Default (related document:75 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 08/27/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Mark S Cherry on behalf of Karen Cooper Craig, Pierre Lamont Craig. (Cherry, Mark)

and transact such other business as may properly come before the meeting.


Dated: August 28, 2019
JAN: lgr

                                                                                Jeanne Naughton
                                                                                Clerk