Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                          Case No.:  16−25556−ABA
                          Chapter:  13
                          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pierre Lamont Craig                                Karen Cooper Craig
   1806 Stallion Ct                                     aka Karen Cooper
   Williamstown, NJ 08094−8745            1806 Stallion Ct
                                                               Williamstown, NJ 08094−8745

Social Security No.:
   xxx−xx−7618                                          xxx−xx−6694

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                  September 20, 2019
Time:                 09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**76** − Objection to Certification of Default (related document:75 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 08/27/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Mark S Cherry on behalf of Karen Cooper Craig, Pierre Lamont Craig. (Cherry, Mark)

and transact such other business as may properly come before the meeting.


Dated: August 28, 2019
JAN: lgr

                                                                                                 Jeanne Naughton
                                                                                                  Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 16-25556-ABA
    Pierre Lamont Craig                                          Chapter 13
    Karen Cooper Craig
            Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 1                   Date Rcvd: Aug 28, 2019
                               Form ID: 173                Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2019.
db/jdb         Pierre Lamont Craig,    Karen Cooper Craig,    1806 Stallion Ct,    Williamstown, NJ   08094-8745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    SANTANDER BANK, N.A. jpshay@mdwcg.com,
               jpshay@gmail.com
              Mark S Cherry    on behalf of Debtor Pierre Lamont  Craig mc@markcherrylaw.com,
               dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
              Mark S Cherry    on behalf of Joint Debtor Karen Cooper Craig mc@markcherrylaw.com,
               dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
              William M. E. Powers, III    on behalf of Creditor    Federal National Mortgage Association
               ("Fannie Mae") ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Federal National Mortgage Association ("Fannie
               Mae") ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Federal National Mortgage Association ("Fannie
               Mae") ecf@powerskirn.com
                                                                                             TOTAL: 10
```