Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 16-25556 (ABA)**

Pierre L. Craig and Karen C. Craig  
1806 Stallion Court  
Williamstown, NJ  08094-8745

Monthly Payment: $2,133.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/23/2019 | $753.50 | 02/04/2019 | $753.50 | 02/07/2019 | $-753.50 | 03/05/2019 | $753.50 |
| 03/19/2019 | $753.50 | 03/25/2019 | $753.50 | 04/09/2019 | $753.50 | 04/17/2019 | $753.50 |
| 05/03/2019 | $753.50 | 05/20/2019 | $753.50 | 06/04/2019 | $753.50 | 06/21/2019 | $753.50 |
| 07/08/2019 | $753.50 | 09/25/2019 | $753.50 | 10/07/2019 | $753.50 | 10/28/2019 | $753.50 |
| 11/12/2019 | $753.50 | 11/26/2019 | $753.50 | 12/10/2019 | $753.50 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PIERRE L. CRAIG | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MARK S. CHERRY, ESQUIRE | 13 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| 1 | BARCLAYS BANK DELAWARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAVALRY SPV I, LLC | 33 | $1,428.05 | $0.00 | $1,428.05 | $0.00 |
| 3 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | DISCOVER BANK | 33 | $8,879.71 | $0.00 | $8,879.71 | $0.00 |
| 5 | Dsnb Macys | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | U.S. DEPARTMENT OF EDUCATION | 33 | $25,744.76 | $0.00 | $25,744.76 | $0.00 |
| 7 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | GOODYR/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | DITECH FINANCIAL, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CAPITAL ONE, N.A. | 33 | $2,822.49 | $0.00 | $2,822.49 | $0.00 |
| 11 | SANTANDER BANK, N.A. | 24 | $1,991.05 | $323.36 | $1,667.69 | $0.00 |
| 12 | SEARS/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | NRZ PASS-THROUGH TRUST II | 24 | $8,861.08 | $8,291.94 | $569.14 | $2,587.57 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,856.68 | $0.00 | $5,856.68 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,794.04 | $0.00 | $2,794.04 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $277.05 | $0.00 | $277.05 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,897.05 | $0.00 | $1,897.05 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,208.54 | $0.00 | $4,208.54 | $0.00 |
| 19 | TOYOTA MOTOR CREDIT CORPORATION | 33 | $11,084.84 | $0.00 | $11,084.84 | $0.00 |
| 20 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | KAREN COOPER CRAIG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | MARK S CHERRY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | TOYOTA MOTOR CREDIT CORPORATION | 24 | $1,352.28 | $1,265.43 | $86.85 | $394.90 |
| 24 | CERASTES, LLC | 33 | $533.00 | $0.00 | $533.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | DISCOVER FINANCIAL SERVICES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | Dsnb Macys | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | BARCLAYS BANK DELAWARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | DEPARTMENT OF THE TREASURY | 33 | $24,034.87 | $0.00 | $24,034.87 | $0.00 |
| 29 | DEPARTMENT OF THE TREASURY | 24 | $32,832.83 | $30,723.98 | $2,108.85 | $9,587.67 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $561.53 | $0.00 | $561.53 | $0.00 |
| 31 | DEPARTMENT OF THE TREASURY | 28 | $21,769.53 | $0.00 | $21,769.53 | $0.00 |
| 32 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | TOYOTA MOTOR CREDIT CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | PIERRE LAMONT CRAIG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | FEDERAL NATIONAL MORTGAGE ASSOCIATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | SANTANDER BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | U.S. DEPARTMENT OF EDUCATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | CAVALRY SPV I, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | DISCOVER BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | REAL TIME RESOLUTIONS, INC. | 33 | $84,376.52 | $0.00 | $84,376.52 | $0.00 |
| 41 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | SANTANDER BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | TOYOTA MOTOR CREDIT CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2016 | 36.00 | $0.00 |
| 09/01/2019 | Paid to Date | $44,503.00 |
| 10/01/2019 | 2.00 | $0.00 |
| 12/01/2019 | 10.00 | $2,133.00 |
| 10/01/2020 | 2.00 | $0.00 |
| 12/01/2020 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $12,809.50 |
| Total paid to creditors this period: | $12,570.14 |
| Undistributed Funds on Hand: | $1,539.82 |
| Arrearages: | ($255.00) |
| Attorney: | MARK S. CHERRY, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**