Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−25556−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pierre Lamont Craig                                    Karen Cooper Craig
   1806 Stallion Ct                                       aka Karen Cooper
   Williamstown, NJ 08094−8745                            1806 Stallion Ct
                                                          Williamstown, NJ 08094−8745

Social Security No.:
   xxx−xx−7618                                            xxx−xx−6694

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on November 20, 2020.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 20, 2020
JAN: bc

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 16-25556-ABA

Pierre Lamont Craig                                                                              Chapter 13

Karen Cooper Craig

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: 148 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | # | Pierre Lamont Craig, Karen Cooper Craig, 1806 Stallion Ct, Williamstown, NJ 08094-8745 |
| cr | + | SANTANDER BANK, N.A., SANTANDER BANK, N.A.,, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516349271 | + | Ditech, 7360 S Kyrene Rd, Tempe, AZ 85283-4583 |
| 516506940 | #+ | Ditech Financial LLC, 2100 East Elliot Rd., Bldg. 94, Department T-120, Tempe, AZ 85284-1806 |
| 516338739 | | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 516493937 | | Federal National Mortgage Association, c/o Seterus, Inc., PO Box 2008, Grand Rapids, MI 49501-2008 |
| 516338740 | | Fedloan, PO Box 60610, Harrisburg, PA 17106-0610 |
| 516338742 | | Green Tree Servicing L, PO Box 6172, Rapid City, SD 57709-6172 |
| 518061913 | + | NRZ Pass-Through Trust II, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518061914 | + | NRZ Pass-Through Trust II, P.O. Box 10826, Greenville, SC 29603-0675, NRZ Pass-Through Trust II, P.O. Box 10826 Greenville, SC 29603-0826 |
| 516480239 | + | SANTANDER BANK, NATIONAL ASSOCIATION, ATTN: BANKRUPTCY DEPT., MC: 10-6438-FB4, 601 PENN STREET, READING, PA 19601-3544 |
| 516338746 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus Inc, 14523 SW Millikan Way St, Beaverton, OR 97005 |
| 516338744 | | Santander Bank NA, 1130 Berkshire Blvd, Wyomissing, PA 19610-1242 |
| 516395410 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516473199 | | U.S. Department of Education, c/o Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 20 2020 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 20 2020 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516338734 | | EDI: TSYS2.COM | Nov 21 2020 02:13:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 516338735 | | EDI: CAPITALONE.COM | Nov 21 2020 02:08:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 516510445 | | EDI: BL-BECKET.COM | Nov 21 2020 02:13:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516340783 | + | Email/Text: bankruptcy@cavps.com | Nov 20 2020 22:00:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516533012 | + | Email/Text: bncmail@w-legal.com | Nov 20 2020 22:00:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: 148 | Total Noticed: 44 |

| | | | |
|---|---|---|---|
| 516338738 | EDI: CITICORP.COM | Nov 21 2020 02:13:00 | Dsnb Macys, 911 Duke Blvd, Mason, OH 45040 |
| 516348688 | EDI: DISCOVER.COM | Nov 21 2020 02:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516338737 | EDI: DISCOVER.COM | Nov 21 2020 02:08:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 516338741 | EDI: CITICORP.COM | Nov 21 2020 02:13:00 | Goodyr/cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516349272 | EDI: IRS.COM | Nov 21 2020 02:13:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114-0326 |
| 516338736 | EDI: JPMORGANCHASE | Nov 21 2020 02:08:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 516338743 | Email/Text: PBNCNotifications@peritusservices.com | Nov 20 2020 21:58:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 516392498 | EDI: PRA.COM | Nov 21 2020 02:13:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 516392496 | EDI: PRA.COM | Nov 21 2020 02:13:00 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 516531114 | EDI: PRA.COM | Nov 21 2020 02:13:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 516531198 | EDI: PRA.COM | Nov 21 2020 02:13:00 | Portfolio Recovery Associates, LLC, c/o Sams Club, POB 41067, Norfolk VA 23541 |
| 516531196 | EDI: PRA.COM | Nov 21 2020 02:13:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 517402352 | Email/Text: bkdepartment@rtresolutions.com | Nov 20 2020 22:00:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 517402353 | Email/Text: bkdepartment@rtresolutions.com | Nov 20 2020 22:00:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029, Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 516338745 | EDI: CITICORP.COM | Nov 21 2020 02:13:00 | Sears/Cbna, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 516338750 | EDI: RMSC.COM | Nov 21 2020 02:08:00 | Syncb/Sams Club, 4125 Windward Plz, Alpharetta, GA 30005-8738 |
| 516338747 | EDI: RMSC.COM | Nov 21 2020 02:08:00 | Syncb/jcp, 4125 Windward Plz, Alpharetta, GA 30005-8738 |
| 516338748 | EDI: RMSC.COM | Nov 21 2020 02:08:00 | Syncb/lord & Tay, PO Box 965015, Orlando, FL 32896-5015 |
| 516338749 + | EDI: RMSC.COM | Nov 21 2020 02:08:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32896-0001 |
| 516338752 | EDI: TFSR.COM | Nov 21 2020 02:13:00 | Toyota Motor Credit, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054-4522 |
| 516338751 | EDI: CITICORP.COM | Nov 21 2020 02:13:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517470061 | EDI: BL-TOYOTA.COM | Nov 21 2020 02:13:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 16-25556-ABA    Doc 94    Filed 11/22/20    Entered 11/23/20 00:24:11    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: 148 | Total Noticed: 44 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516458681 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor SANTANDER BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| James Patrick Shay | on behalf of Creditor SANTANDER BANK  N.A. shay@bbs-law.com, jpshay@gmail.com |
| Mark S Cherry | on behalf of Joint Debtor Karen Cooper Craig mc@markcherrylaw.com dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com |
| Mark S Cherry | on behalf of Debtor Pierre Lamont Craig mc@markcherrylaw.com dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com |
| William M. E. Powers, III | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecf@powerskirn.com |

TOTAL: 10