| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MARK S. STUART, ESQUIRE<br>385 NORTH KINGS HIGHWAY<br>SUITE 101<br>CHERRY HILL, NJ  08034<br>PHONE:  (856) 6667-1234 | Case No.:      16-25556<br><br>Chapter:         13 |
| **In re:**<br><br>**Pierre Craig and Karen Cooper-Craig** | Hearing Date:   2/16/2021<br><br>Judge:    Andrew B. Altenburg |

## CERTIFICATION OF SERVICE

1. I, Dottie Murray :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for MARK S. CHERRY, ESQUIRE , who represents the Debtors, Karen and Pierre Craig,  in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On April 27, 2021 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.]
    ☒ Modified Chapter 13 Plann mnb

3.     I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    April 27, 2021, 2021              /s/ Dottie Murray

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| *Internal Revenue Service*<br>*P. O. Box 7346*<br>*Philadelphia, PA  19101-7346* | *Creditor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Other ECF FILING<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *John F. Lindenger*<br>*Insolvency Manager*<br>*600 Arch Street*<br>*Philadelphia, PA  19106-1611* | *Creditor's Rep.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Other ECF FILING<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *US Trustee*<br>*US Dept of Justice*<br>*Office of the US Trustee*<br>*One Newark Center, Suite 2100*<br>*Newark, NJ  07102* | *US Trustee* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Other CF FILING<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| *Isabel C. Balboa, Esquire*<br>*Chapter 13 Standing Trustee*<br>*Cherry Tree Corporate Center*<br>*535 Route 38, Suite 580*<br>*Cherry Hill, NJ  08002-2977* | *TRUSTEE* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other ECF FILING |