Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–25556–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Pierre Lamont Craig
1488 Bradley Avenue
Camden, NJ 08103

Karen Cooper Craig
aka Karen Cooper
1488 Bradley Avenue
Camden, NJ 08103

Social Security No.:
xxx–xx–7618

xxx–xx–6694

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:             May 21, 2021
Time:             09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*107* – Objection to Default Certification (related document:100 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 05/6/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Mark S Cherry on behalf of Karen Cooper Craig, Pierre Lamont Craig. (Cherry, Mark)

and transact such other business as may properly come before the meeting.


Dated: April 28, 2021
JAN: lgr

Jeanne Naughton
Clerk