Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 16−25556−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Pierre Lamont Craig | Karen Cooper Craig |
| 1488 Bradley Avenue | aka Karen Cooper |
| Camden, NJ 08103 | 1488 Bradley Avenue |
| | Camden, NJ 08103 |

Social Security No.:
   xxx−xx−7618                                                       xxx−xx−6694

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on December 14, 2016.

    On 4/27/2021 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                  June 9, 2021
Time:                10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 27, 2021
JAN: lgr

                                                                                   Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 16-25556-ABA

Pierre Lamont Craig  Chapter 13

Karen Cooper Craig

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Apr 27, 2021     Form ID: 185     Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Pierre Lamont Craig, Karen Cooper Craig, 1488 Bradley Avenue, Camden, NJ 08103-2950 |
| cr | + | SANTANDER BANK, N.A., SANTANDER BANK, N.A.,, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516338734 | | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 516510445 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516349271 | + | Ditech, 7360 S Kyrene Rd, Tempe, AZ 85283-4583 |
| 516338739 | | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 516493937 | | Federal National Mortgage Association, c/o Seterus, Inc., PO Box 2008, Grand Rapids, MI 49501-2008 |
| 516338740 | | Fedloan, PO Box 60610, Harrisburg, PA 17106-0610 |
| 516338742 | | Green Tree Servicing L, PO Box 6172, Rapid City, SD 57709-6172 |
| 518061913 | + | NRZ Pass-Through Trust II, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518061914 | + | NRZ Pass-Through Trust II, P.O. Box 10826, Greenville, SC 29603-0675, NRZ Pass-Through Trust II, P.O. Box 10826 Greenville, SC 29603-0826 |
| 516480239 | + | SANTANDER BANK, NATIONAL ASSOCIATION, ATTN: BANKRUPTCY DEPT., MC: 10-6438-FB4, 601 PENN STREET, READING, PA 19601-3544 |
| 516338746 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus Inc, 14523 SW Millikan Way St, Beaverton, OR 97005 |
| 516338744 | | Santander Bank NA, 1130 Berkshire Blvd, Wyomissing, PA 19610-1242 |
| 516338752 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054-4522 |
| 517470061 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516395410 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516473199 | | U.S. Department of Education, c/o Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 27 2021 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 27 2021 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516338735 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 27 2021 21:11:58 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 516340783 | + | Email/Text: bankruptcy@cavps.com | Apr 27 2021 20:58:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516533012 | + | Email/Text: bncmail@w-legal.com | Apr 27 2021 20:58:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516338738 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 16-25556-ABA  Doc 110  Filed 04/29/21  Entered 04/30/21 00:20:03  Desc
Imaged Certificate of Notice  Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2021 | Form ID: 185 | Total Noticed: 43 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Apr 27 2021 21:12:06 | Dsnb Macys, 911 Duke Blvd, Mason, OH 45040 |
| 516348688 | Email/Text: mrdiscen@discover.com | Apr 27 2021 20:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516338737 | Email/Text: mrdiscen@discover.com | Apr 27 2021 20:57:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 516338741 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2021 21:12:34 | Goodyr/cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516349272 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 27 2021 20:57:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114-0326 |
| 516338736 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 27 2021 21:11:57 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 516338743 | Email/Text: PBNCNotifications@peritusservices.com | Apr 27 2021 20:57:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 516392498 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2021 21:12:31 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 516392496 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2021 21:12:01 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 516531114 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2021 21:12:31 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 516531198 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2021 21:12:59 | Portfolio Recovery Associates, LLC, c/o Sams Club, POB 41067, Norfolk VA 23541 |
| 516531196 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2021 21:12:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 517402352 | Email/Text: bkdepartment@rtresolutions.com | Apr 27 2021 20:58:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 517402353 | Email/Text: bkdepartment@rtresolutions.com | Apr 27 2021 20:58:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029, Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 516338745 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2021 21:12:32 | Sears/Cbna, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 516338750 | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2021 21:12:54 | Syncb/Sams Club, 4125 Windward Plz, Alpharetta, GA 30005-8738 |
| 516338747 | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2021 21:12:54 | Syncb/jcp, 4125 Windward Plz, Alpharetta, GA 30005-8738 |
| 516338748 | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2021 21:11:55 | Syncb/lord & Tay, PO Box 965015, Orlando, FL 32896-5015 |
| 516338749 | + Email/PDF: gecsedi@recoverycorp.com | Apr 27 2021 21:12:54 | Syncb/lowes, PO Box 956005, Orlando, FL 32896-0001 |
| 516338751 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2021 21:12:35 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516458681 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516506940 | ##+ | Ditech Financial LLC, 2100 East Elliot Rd., Bldg. 94, Department T-120, Tempe, AZ 85284-1806 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

Case 16-25556-ABA    Doc 110    Filed 04/29/21    Entered 04/30/21 00:20:03    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2021 | Form ID: 185 | Total Noticed: 43 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2021            Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| James Patrick Shay | on behalf of Creditor SANTANDER BANK N.A. shay@bbs-law.com, jpshay@gmail.com |
| Mark S Cherry | on behalf of Joint Debtor Karen Cooper Craig mc@markcherrylaw.com dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com |
| Mark S Cherry | on behalf of Debtor Pierre Lamont Craig mc@markcherrylaw.com dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com |
| William M. E. Powers, III | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecf@powerskirn.com |

TOTAL: 9