**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Pierre Lamont Craig | Social Security number or ITIN xxx–xx–7618 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Karen Cooper Craig | Social Security number or ITIN xxx–xx–6694 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–25556–ABA | |

# Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Pierre Lamont Craig                              Karen Cooper Craig
                                                 aka Karen Cooper

10/7/21                                          **By the court:** Andrew B. Altenburg Jr.
                                                                  United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 16-25556-ABA

Pierre Lamont Craig  Chapter 13

Karen Cooper Craig

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Oct 07, 2021  Form ID: 3180W  Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Pierre Lamont Craig, Karen Cooper Craig, 1488 Bradley Avenue, Camden, NJ 08103-2950 |
| cr | + | SANTANDER BANK, N.A., SANTANDER BANK, N.A.,, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516349271 | + | Ditech, 7360 S Kyrene Rd, Tempe, AZ 85283-4583 |
| 516338739 | | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 516493937 | | Federal National Mortgage Association, c/o Seterus, Inc., PO Box 2008, Grand Rapids, MI 49501-2008 |
| 516338740 | | Fedloan, PO Box 60610, Harrisburg, PA 17106-0610 |
| 516338742 | | Green Tree Servicing L, PO Box 6172, Rapid City, SD 57709-6172 |
| 518061913 | + | NRZ Pass-Through Trust II, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518061914 | + | NRZ Pass-Through Trust II, P.O. Box 10826, Greenville, SC 29603-0675, NRZ Pass-Through Trust II, P.O. Box 10826 Greenville, SC 29603-0826 |
| 516480239 | + | SANTANDER BANK, NATIONAL ASSOCIATION, ATTN: BANKRUPTCY DEPT., MC: 10-6438-FB4, 601 PENN STREET, READING, PA 19601-3544 |
| 516338746 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus Inc, 14523 SW Millikan Way St, Beaverton, OR 97005 |
| 516338744 | | Santander Bank NA, 1130 Berkshire Blvd, Wyomissing, PA 19610-1242 |
| 516395410 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516473199 | | U.S. Department of Education, c/o Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2021 20:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2021 20:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516338734 | | EDI: TSYS2.COM | Oct 08 2021 00:18:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 516338735 | | EDI: CAPITALONE.COM | Oct 08 2021 00:18:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 516510445 | | EDI: BL-BECKET.COM | Oct 08 2021 00:18:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516340783 | + | Email/Text: bankruptcy@cavps.com | Oct 07 2021 20:17:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516533012 | + | Email/Text: bncmail@w-legal.com | Oct 07 2021 20:17:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516338738 | + | EDI: CITICORP.COM | | |

Case 16-25556-ABA    Doc 120    Filed 10/09/21    Entered 10/10/21 00:13:33    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2021 | Form ID: 3180W | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| 516348688 | | EDI: DISCOVER.COM | Oct 08 2021 00:18:00 | Dsnb Macys, 911 Duke Blvd, Mason, OH 45040 |
| 516338737 | | EDI: DISCOVER.COM | Oct 08 2021 00:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516338741 | | EDI: CITICORP.COM | Oct 08 2021 00:18:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 516349272 | | EDI: IRS.COM | Oct 08 2021 00:18:00 | Goodyr/cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516338736 | | EDI: JPMORGANCHASE | Oct 08 2021 00:18:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114-0326 |
| 516338743 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 08 2021 00:18:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 516392498 | | EDI: PRA.COM | Oct 07 2021 20:16:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 516392496 | | EDI: PRA.COM | Oct 08 2021 00:18:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 516531114 | | EDI: PRA.COM | Oct 08 2021 00:18:00 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 516531198 | | EDI: PRA.COM | Oct 08 2021 00:18:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 516531196 | | EDI: PRA.COM | Oct 08 2021 00:18:00 | Portfolio Recovery Associates, LLC, c/o Sams Club, POB 41067, Norfolk VA 23541 |
| 517402352 | | Email/Text: bkdepartment@rtresolutions.com | Oct 08 2021 00:18:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 517402353 | | Email/Text: bkdepartment@rtresolutions.com | Oct 07 2021 20:17:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| | | | Oct 07 2021 20:17:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029, Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 516338745 | | EDI: CITICORP.COM | Oct 08 2021 00:18:00 | Sears/Cbna, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 516338750 | | EDI: RMSC.COM | Oct 08 2021 00:18:00 | Syncb/Sams Club, 4125 Windward Plz, Alpharetta, GA 30005-8738 |
| 516338747 | | EDI: RMSC.COM | Oct 08 2021 00:18:00 | Syncb/jcp, 4125 Windward Plz, Alpharetta, GA 30005-8738 |
| 516338748 | | EDI: RMSC.COM | Oct 08 2021 00:18:00 | Syncb/lord & Tay, PO Box 965015, Orlando, FL 32896-5015 |
| 516338749 | + | EDI: RMSC.COM | Oct 08 2021 00:18:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32896-0001 |
| 516338752 | | EDI: TFSR.COM | Oct 08 2021 00:18:00 | Toyota Motor Credit, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054-4522 |
| 516338751 | | EDI: CITICORP.COM | Oct 08 2021 00:18:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517470061 | | EDI: BL-TOYOTA.COM | Oct 08 2021 00:18:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Oct 07, 2021 | Form ID: 3180W | Total Noticed: 43

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516458681 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516506940 | ##+ | Ditech Financial LLC, 2100 East Elliot Rd., Bldg. 94, Department T-120, Tempe, AZ 85284-1806 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| James Patrick Shay | on behalf of Creditor SANTANDER BANK  N.A. shay@bbs-law.com, jpshay@gmail.com |
| Mark S Cherry | on behalf of Joint Debtor Karen Cooper Craig mc@markcherrylaw.com dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com |
| Mark S Cherry | on behalf of Debtor Pierre Lamont Craig mc@markcherrylaw.com dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com |
| William M. E. Powers, III | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecf@powerskirn.com |

TOTAL: 9