Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 16–25556–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Pierre Lamont Craig
1488 Bradley Avenue
Camden, NJ 08103

Karen Cooper Craig
aka Karen Cooper
1488 Bradley Avenue
Camden, NJ 08103

Social Security No.:
xxx–xx–7618

xxx–xx–6694

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>November 5, 2021</u>

<u>Andrew B. Altenburg Jr.</u>
Judge, United States Bankruptcy Court